[NOT FOR PUBLICATION] [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT

 

No. 97-1560

 JOSE R. FUENTES,

 Plaintiff, Appellant,

 v.

 UNITED STATES POSTAL SERVICE,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Salvador E. Casellas, U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 

 Campbell, Senior Circuit Judge, 

 and Lynch, Circuit Judge. 

 

 Ferdinand Vargas, on brief for appellant. 
 Guillermo Gil, United States Attorney, and Fidel A. 
Sevillano Del-R o, Assistant United States Attorney, on brief for 
appellee.

 

 December 10, 1997

 

 Per Curiam. The plaintiff in this case, who is a Per Curiam. 

former employee of the United States Postal Service, seeks

reinstatement and various other kinds of relief from the

defendant. We have carefully read the parties' briefs, evaluated

their legal arguments, and studied the papers in the case. We

conclude, on whole-record review, that this is a suitable case in

which to act upon our long-held belief that "when a lower court

produces a comprehensive, well-reasoned decision, an appellate

court should refrain from writing at length to no other end than

to hear its own words resonate." Lawton v. State Mut. Life 

Assur. Co. of Am., 101 F.3d 218, 220 (1st Cir. 1996); accord In 

re San Juan Dupont Plaza Hotel Fire Litig., 989 F.2d 36, 38 (1st 

Cir. 1993). Hence, we affirm the judgment for substantially the

reasons set forth in the lower court's thoughtful opinion. See 

Fuentes v. United States Postal Serv., No. 92-1658 (SEC), slip 

op. (D.P.R. Jan. 23, 1997 (unpublished). We need go no further.

The judgment below is summarily affirmed. See 1st Cir. R. 27.1. 

 Affirmed. Affirmed. 

 2